# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,      :   No. 784 MAL 2018
                                   :
    Respondent  :
                                   :   Petition for Allowance of Appeal from
                                   :   the Order of the Superior Court
   v.               :
                                   :
                                   :
RICHARD DALE HELMS, SR.,           :
                                   :
    Petitioner  :

## ORDER

**PER CURIAM**

  **AND NOW**, this 10th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.